UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY EUGENE THOMAS, | No. C 12-6012 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINES** |
| v. | |
| CALIFORNIA ATTORNEY GENERAL, | |
| Respondent. | |

Respondent has filed an *ex parte* request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Lisa Ashley Ott, the court GRANTS respondent's request. (Docket # 8.) Respondent must file and serve his response to the petition no later than **September 27, 2013**. Petitioner must file and serve his traverse no later than **October 25, 2013.**

IT IS SO ORDERED.

DATED: August 26, 2013

SUSAN ILLSTON
United States District Judge