UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY EUGENE THOMAS, | No. C 12-6012 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| CALIFORNIA ATTORNEY GENERAL, | |
| Respondent. | |

The petition for writ of habeas corpus is denied.

IT IS SO ORDERED AND ADJUDGED.

DATED: October 21, 2014

_____
SUSAN ILLSTON
United States District Judge